UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL MARTIN,

                          Petitioner,

-against-

OSCAR AVILES, *et al.*,

                          Respondents.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/11/2020____

15 Civ. 1080 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       This matter having been remanded to this Court, *see* ECF Nos. 15 & 17, the parties are hereby ORDERED to provide a status letter by **May 18, 2020**, stating whether any issues remain in dispute.

       SO ORDERED.

Dated: May 11, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge